UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
(PEORIA DIVISION)

| | | |
|---|---|---|
| WARITH MUHAMMAD and RAW HIT ENTERTAINMENT, | ) ) | Case No. |
| Plaintiffs, | ) ) | |
| -vs- | ) ) ) | (Formerly Tenth Judicial Circuit Court Case No. 20L178) |
| Home Box Office, Inc., | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Home Box Office, Inc., Defendant, furnishes the following in compliance with Rule 11.3 of this court.

1. The full name of Defendant: Home Box Office, Inc. ("HBO").

2. HBO is a Delaware corporation that is ultimately a wholly-owned subsidiary of AT&T Inc., a publicly traded corporation. AT&T Inc. has no parent company and, to the best of HBO's knowledge, no publicly held company owns ten percent or more of AT&T Inc.'s stock.

3. Donald M. Craven of Donald M. Craven, PC.

Dated: June 4, 2021

Respectfully submitted,

*/s/ Donald M. Craven*
Donald M. Craven
Lead Counsel for Defendant
Donald M. Craven, P.C.
1005 N 7th St
Springfield, IL 62702
Telephone: 217-544-1777
Email: Don@cravenlawoffice.com
Maralee@cravenlawoffice.com